# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135508

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LORENZO CARUSO,
      Plaintiff-Appellant,

v

CAMBRIDGE INVESTMENT GROUP, INC.,
and NICHOLAS HOMES WEST, L.L.C.,
      Defendant-Appellee.

SC: 135508
COA: 269279
Wayne CC: 03-336626-CH

_____/

      On order of the Court, the application for leave to appeal the September 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

Clerk

s0317